No. 12–6331. IN RE RAMON. Petition for writ of habeas corpus denied.

No. 12–71. ARIZONA ET AL. v. INTER TRIBAL COUNCIL OF ARIZONA, INC., ET AL. C. A. 9th Cir. Motion of Mountain States Legal Foundation for leave to file brief as *amicus curiae* granted. Certiorari granted.

No. 11–1454. HOLISTIC CANDLERS & CONSUMERS ASSN. ET AL. v. FOOD AND DRUG ADMINISTRATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–1522. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–1531. GRAY ET AL. v. CITIGROUP INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1546. McHUGH v. MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–1550. GEARREN ET AL. v. McGRAW-HILL COS., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–10692. LAWN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10893. DROEGEMEIER v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–11071. ARIAS v. TBC CORP. C. A. 11th Cir. Certiorari denied.